**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                      **CRIMINAL NUMBER 1:16CR10HSO-RHW**

**ROBERT SIMMONS**

## NOTICE OF APPEAL

Notice is hereby given that Robert Simmons, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment and Sentence entered against him in this matter by this Honorable Court on September 15, 2016.

RESPECTFULLY SUBMITTED, this the 27th day of September, 2016.

                                       **Robert Simmons**

                               **By:** /s/ K.C. Hightower____
                                      Attorney for Defendant

Prepared by:
K.C. Hightower
MS Bar #101-246
Balch & Bingham LLP
P. O. Box 130
Gulfport, MS 39502
Telephone: 228-214-0421
Facsimile: 866-316-9459
kchightower@balch.com

## CERTIFICATE OF SERVICE

I, K.C. Hightower, do hereby certify that I have this date filed the above and foregoing **Notice of Appeal** with the ECF system which served copy upon:

All counsel of record registered with the ECF system.

This, 27th day of September, 2016.

/s/K.C. Hightower_____
Attorney for Defendant