# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

───────────────

No. 16-60648

───────────────

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

ROBERT SIMMONS,

      Defendant - Appellant

───────────────

Appeal from the United States District Court for the
Southern District of Mississippi, Gulfport

───────────────

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of December 02, 2016, pursuant to appellant's motion.


                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                      Cindy M. Broadhead, Deputy Clerk


ENTERED AT THE DIRECTION OF THE COURT